# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action No.: 07-cv-01569-WDM-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date: November 28, 2007 | Courtroom Deputy: Ben Van Dyke |

| | |
|---|---|
| MODERN PLASTICS, INC., d/b/a DESIGNER BUILDING SOLUTIONS, | Michael G. Milstein, via telephone |
| **Plaintiff,** | |
| v. | |
| SURFACE TECHNOLOGY CORP., d/b/a STC SURFACE TECHNOLOGY CORPORATION, *et al.,* | Timothy E. Reilly, via telephone |
| **Defendants.** | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:** TELEPHONIC MOTIONS HEARING
**Court in Session:** 3:00 p.m.
Court calls case. Appearances of counsel.

**ORDERED:** The Stipulated Motion to Modify Scheduling Conference Deadlines [filed November 19, 2007; doc. 13] is granted in part and denied in part for the reasons stated on the record. The deadline for amendment of pleadings/joinder of parties is extended to January 31, 2008. All other relief sought in the motion is denied.

HEARING CONCLUDED.

**Court in Recess:** 3:08 p.m.
Total In-Court Time: 00:08