IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 07-cv-01569-WDM-CBS

MODERN PLASTICS, INC.,

    Plaintiff,

v.

SURFACE TECHNOLOGY CORP., et al.,

    Defendants.

---

## NOTICE OF DISMISSAL

---

The court takes judicial notice that the parties have filed a Stipulation for Dismissal With Prejudice in accordance with Fed. R. Civ. P. 41(a)(1). Accordingly, the complaint is dismissed without prejudice, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on February 5, 2008.

                                  BY THE COURT:

                                  s/ Walker D. Miller
                                  United States District Judge